**Dismissed and Memorandum Opinion filed September 16, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00567-CR

## CALVIN T. POWELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1396247**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to delivery of between four and 200 grams of cocaine. As part of his plea, appellant signed a written waiver of his right of appeal. On June 17, 2014, the trial court sentenced appellant to confinement for twelve years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant has waived the right of appeal. *See* Tex. R.

App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).